McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
 *pamela.mcgaha@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA GENERAL
INSURANCE COMPANY, SANDY HICKS and
MARC CASTLE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN CHRIST, an individual, | Case No. 2:26-cv-00164-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS SANDY HICKS AND MARC CASTLE** |
| v. | |
| CSAA GENERAL INSURANCE COMPANY, a Foreign Corporation; SANDY HICKS, an individual; MARC CASTLE, an individual; DOES I-XX, inclusive; and ROE CORPORATIOINS I-XX, inclusive, | [ECF No. 7] |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate that the parties consent to the dismissal with prejudice of Defendants Sandy Hicks and Marc Castle in

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Case No. 2:26-cv-00164-JAD-BNW

STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS SANDY HICKS
AND MARC CASTLE

accordance with the relief set forth in Defendants' Motion to Dismiss. (ECF No. 4.) As to the remainder of the requested relief set forth in ECF No. 4, Plaintiff opposes the remainder of the Motion and will timely file a response to the Motion on or before February 13, 2026.

IT IS SO STIPULATED.

|  |  |
|---|---|
| Dated: February 6, 2026 | Dated: February 9, 2026 |
| BLACKBURN WIRTH, LLP | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:___/s/ Joseph W. Guindy___
    Joseph J. Wirth, Esq.
    Nevada Bar No. 10280
    Ash Marie Blackburn, Esq.
    Nevada Bar No. 14712
    Joseph W. Guindy, Esq.
    Nevada Bar No. 15556
    Tyler A. Bixby, Esq.
    Nevada Bar No. 16679
    6018 S. Fort Apache, Ste. 150 Las
    Vegas, Nevada 89148 Attorneys
    for Plaintiff Brian Christ

By:_____/s/ Jonathan W. Carlson___
    Jonathan W. Carlson
    Nevada Bar No. 10536
    Pamela L. McGaha
    Nevada Bar No. 8181
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113
    Attorneys for Defendants
    CSAA General Insurance Company, Sandy
    Hicks and Marc Castle

## ORDER

IT IS HEREBY ORDERED that plaintiff's claims against defendants Sandy Hicks and Marc Castle are DISMISSED with prejudice. **The Clerk of Court is directed to TERMINATE those defendants** from this case. **This case proceeds against CSAA General Insurance Company only**.

DATED this 12th day of February, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MCCORMICK BARSTOW LLP

_/s/ Jonathan W. Carlson___
Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Attorneys for Defendants CSAA General
Insurance Company, Sandy Hicks and
Marc Castle

12413724.1

Case No. 2:26-cv-00164-JAD-BNW

STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS SANDY HICKS
AND MARC CASTLE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113