JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 8181
*pamela.mcgaha@mccormickbarstow.com*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
CSAA GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN CHRIST, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY, a Foreign Corporation; SANDY HICKS, an individual; MARC CASTLE, an individual; DOES I – XX, inclusive; and ROE CORPORATIONS I –XX, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-164-JAD-BNW<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**<br><br>ECF No. 24 |

IT IS HEREBY STIPULATED by Plaintiff BRIAN CHRIST, by and through his counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice in its entirety, the parties

///

///

///

///

///

to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 10th day of August, 2026

BLACKBURN WIRTH, LLP

By /s/
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
VALERIE S. CHRISTIAAN, ESQ.
Nevada Bar No. 14716
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
Attorneys for Plaintiff

DATED this 10th day of August, 2026

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By *Is/ Jonathan W. Carlson*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 8181
Attorneys for Defendant
CSAA GENERAL INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2026

Submitted By:

**MCCORMICK BARSTOW LLP**

*/s/ Jonathan W. Carlson*
Jonathan W. Carlson
Nevada Bar No. 10536
Attorneys for Defendant
CSAA GENERAL INSURANCE COMPANY

16320215.1